IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANK C. WARNER                                                           PLAINTIFF

v.                            No. 3:18-cv-169-DPM

US DEPARTMENT OF EDUCATION,                                DEFENDANT
Betsy DeVoss, Secretary

## ORDER

Motion, № 14, noted. Warner must file a separate Local Rule 56.1 statement of undisputed material facts. Please ensure that it complies with the Scheduling Order, № 13 at 3–4. Statement due by 30 August 2019. The Department's time to respond is extended to 13 September 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2019