# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

FRANK C. WARNER                                                    PLAINTIFF

v.                           No. 3:18-cv-169-DPM

U.S. DEPARTMENT OF EDUCATION,                                      DEFENDANT
Betsy DeVoss, Secretary

## ORDER

Warner's unopposed motion, № 40, is granted as modified. Warner's combined response to the Department's cross motion and reply on his motion was due 17 January 2020. № 29 at 1. Given his eye-related issues, he may have until 7 February 2020 to file this paper.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 January 2020