IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FRANK C. WARNER                                                    PLAINTIFF

v.                              No. 3:18-cv-169-DPM

U.S. DEPARTMENT OF EDUCATION,                                      DEFENDANT
Betsy DeVos, Secretary

## JUDGMENT

Warner's federal and state claims are dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 May 2020